JAMES T. HOLT *v.* FRANK M. STEPHEN ET AL.,
ADMINISTRATORS.

[No. 60, October Term, 1928.]

*Decided January 16th, 1929.*

The cause was argued before BOND, C. J., PATTISON, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*F. Murray Benson,* for the appellant.

*Charles W. Clagett,* for the appellee.

BOND, C. J., delivered the opinion of the Court, dismissing the appeal.